# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DUSHON NICHALOS GREEN,

                              *Petitioner*,

vs.

ROBERT LEGRAND, *et al.*,

                              *Respondents.*

Case No. 2:14-cv-01388-APG-NJK

**ORDER**

This habeas action by a Nevada state inmate comes before the Court on petitioner's motion (ECF No. 47) to file a surreply.

The Court will grant petitioner's motion out of an abundance of caution, subject to the provisos herein.  The grant of the motion does not signify acceptance or rejection of any of the parties' arguments on the motion.  The Court simply is exercising its discretion to allow a surreply.  No further briefing will be allowed beyond a surreply and surrebuttal; and, as with the usual briefing cycle, respondents  have the opportunity to file the last brief directed to their pending motion to dismiss.

**IT THEREFORE IS ORDERED** that petitioner's motion (ECF No. 47) to file a surreply is GRANTED such that petitioner shall have twenty-one (21) days from entry of this order within which to file a surreply on respondents' motion (ECF No. 14) to dismiss.  Respondents shall have fourteen (14) days from service to file a surrebuttal.  Neither surreply nor surrebuttal shall exceed ten (10) pages.

DATED: October 6, 2016.

ANDREW P. GORDON
United States District Judge