# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DUSHON N. GREEN,

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.

Case No. 2:14-cv-01388-APG-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Respondents have filed a motion for an extension of time in which to file an opposition to petitioner's motion for a stay. (ECF No. 58). Respondents seek an enlargement of time, up to and including April 14, 2017, to file an opposition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an opposition (ECF No. 58) is **GRANTED.** Respondents' opposition shall be filed on or before **April 14, 2017.**

    Dated: March 15, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE