# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DUSHON N. GREEN,

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.

Case No. 2:14-cv-01388-APG-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On February 13, 2017, the Court entered an order finding that some grounds of the petition were unexhausted. (ECF No. 56). Petitioner filed a motion for a stay and abeyance in order to exhaust his claims in state court. (ECF No. 57). By order filed May 15, 2017, this Court granted petitioner's motion for a stay and abeyance. (ECF No. 62). The Court directed petitioner to file a state post-conviction petition or other appropriate proceeding in state court within 45 days of the date of entry of the order. (*Id.*). Petitioner has filed a motion for a 30-day extension of time in which to file his post-conviction petition in state court. (ECF No. 64). Good cause appearing, petitioner's motion for an extension is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion (ECF No. 64) for a 30-day extension of time in which to file a state post-conviction petition is **GRANTED.**

**IT IS FURTHER ORDERED** that because this Court has already granted petitioner a stay and abeyance, his motion seeking additional time to file a reply to respondents' opposition to the motion for stay (ECF No. 63) is **DENIED AS MOOT.**

Dated: June 27, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE