UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DUSHON N. GREEN,

                        Petitioner,

    v.

WARDEN TIM GARRETTE, *et al.*,

                      Respondents.

Case No. 2:14-cv-001388-APG-NJK

ORDER

      Good cause appearing, it is hereby ordered that Respondents' first motion to extend (ECF No. 72) is granted. Respondents have until February 4, 2022 to answer or otherwise respond to Petitioner's first amended petition.

      DATED this 14th day of December 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE