# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>      Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>      Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order**<br><br>[ECF No. 88] |

  This is a 28 U.S.C. § 2254 counseled habeas corpus petition. Despite being represented by counsel, petitioner Dushon Nichalos Green filed a *pro se* motion to allow his *pro se* petition to be used as an exhibit to his forthcoming counseled second amended petition. ECF No. 88. Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court. LR IA 11-6. Green's filing is a fugitive document not properly before the court.

  I THEREFORE ORDER petitioner Dushon Nichalos Green's *pro se* motion **[ECF No. 88] shall be stricken** as a fugitive document.

  Dated: April 18, 2023

                          ANDREW P. GORDON
                          UNITED STATES DISTRICT JUDGE