# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>                          Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>                          Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 90] |

The petitioner has filed an unopposed motion for extension of time, asking for additional time to file his second amended petition. ECF No. 90.  This is the petitioner's second request for an extension of this deadline.  I find good cause exists to grant the motion.

I THEREFORE ORDER that the petitioner's unopposed motion for extension of time **(ECF No. 90) is GRANTED**.  The petitioner will have up to and including July 19, 2023, to file his second amended petition.

Dated: April 20, 2023

                                                                            ANDREW P. GORDON<br>
                                                                           UNITED STATES DISTRICT JUDGE