# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>                    Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>                    Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 93] |

The petitioner has filed an unopposed motion for extension of time, asking for additional time to file his second amended petition. ECF No. 93. This is the petitioner's third request for an extension of this deadline. I find good cause exists to grant the motion.

I THEREFORE ORDER that the petitioner's unopposed motion for extension of time **(ECF No. 93) is GRANTED**. The petitioner will have up to and including October 17, 2023, to file his second amended petition.

Dated: July 19, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE