UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>       Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>       Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order Granting Motion for Extension of Time and Motion to Consolidate Responses**<br><br>[ECF Nos. 97, 98] |

  Respondents have filed an unopposed motion for extension of time, asking for additional time to respond to Petitioner's motion for reconsideration. ECF No. 97. Respondents have also filed an unopposed motion to consolidate their response to the motion for reconsideration with their response to the second amended petition. ECF No. 98. I find good cause exists to grant both motions.

  I THEREFORE ORDER that Respondents' unopposed motion for extension of time and unopposed motion to consolidate responses **(ECF Nos. 97, 98) are GRANTED**. Respondents have up to and including November 16, 2023, to file their response to the motion for reconsideration and their response to the second amended petition.

Dated: October 31, 2023

                     ANDREW P. GORDON
                     UNITED STATES DISTRICT JUDGE