# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order Granting Motion to Consolidate Responses**<br><br>[ECF No. 102] |

Petitioner has an unopposed motion to consolidate responses, explaining that his reply in support of his motion for reconsideration is due on November 14, 2023, and his opposition to the motion to dismiss is due January 5, 2024. ECF No. 102.  I find good cause exists to the motion.

I THEREFORE ORDER that Petitioner's unopposed motion to consolidate responses **(ECF No. 102) is GRANTED**.  Petitioner has up to and including January 5, 2024, to file his consolidated reply in support of his motion for reconsideration and opposition to the motion to dismiss.

Dated: November 13, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE