UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>    Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>    Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 104] |

Petitioner Dushon Green has filed an unopposed motion for extension of time, asking for additional time to file his consolidated response to the motion to dismiss and reply to the motion for reconsideration. ECF No. 104.  This is Green's first request for an extension of this deadline. I find good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time **(ECF No. 104) is GRANTED**.  Green will have up to and including March 5, 2024, to file his consolidated response to the motion to dismiss and reply to the motion for reconsideration.

Dated: January 2, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE