UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 111] |

Petitioner Dushon Green has filed an unopposed motion for extension of time, asking for additional time to file his response to this Court's order on the motion to dismiss. ECF No. 111. This is Green's first request for an extension of this deadline. I find good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time **(ECF No. 111) is GRANTED**. Green will have up to and including May 31, 2024, to file his response to this Court's order on the motion to dismiss.

Dated: May 10, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE