UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSHON NICHALOS GREEN,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:14-cv-01388-APG-NJK<br><br>**Order Dismissing Ground 3**<br><br>[ECF No. 113] |

　　The counseled habeas matter is before the Court on Petitioner Dushon Nicholas Green's notice of formal declaration of abandonment of ground 3 of his Second-Amended Petition. ECF No. 113. On April 3, 2024, I determined that ground 3 was unexhausted and instructed Green to decide how he wished to proceed. ECF No. 110. Green has timely complied.

　　I THEREFORE ORDER that ground 3 is dismissed from Petitioner Dushon Nicholas Green's Second-Amended Petition.

　　I FURTHER ORDER that the respondents have up to and including July 12, 2024, in which to file an answer to the remaining grounds for relief. Green will then have 30 days from the date of service of the respondents' answer to file a reply.

　　Dated: May 13, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE